THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX BALICER, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Mall y, Townley and Glennon, JJ.

ROBERT L. STOTT and Others, Copartners Doing Business under the Firm Name and Style of WAGNER, STOTT & Co., Respondents, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MILLARD E. THEODORE, Respondent, v. NEWS SYNDICATE Co., INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. HELEN CARNER, Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSA RODRIGUEZ and Another, as Coadministrators, etc., of WILLIAM RODRIGUEZ, Deceased, Respondents, v. RE JO REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of ERNEST E. LORILLARD, as Executor, etc., of ELIZABETH K. S. LORILLARD, Deceased, as Trustee of the Trust for the Benefit of WILLIAM J. SCREVEN and Others, Created by the Eighth Article of the Last Will and Testament of JOHN HENRY SCREVEN, Deceased, as Continued by SCREVEN LORILLARD, as Administrator with the Will Annexed of the Estate of Said ELIZABETH K. S. LORILLARD. SCREVEN LORILLARD, Accountant, Appellant, Respondent; THOMAS E. SCREVEN and Others, Objectants, Respondents, Appellants.— Decree so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAULINE GARIBOLDI, Also Known as PAULA PASCAL, Appellant, v. GENEROSO POPE, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA BRODY, as Administratrix, etc., of NATHAN BRODY, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [155 Misc. 819.]

FRED DEL SORDO, Respondent, v. CARDIGAN REALTY Co., INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANAHMA REALTY CORPORATION, Respondent, v. EDGAR A. LEVY LEASING COM-PANY, INC., Appellant.— Judgment and order reversed, with costs, and the motion